DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE TURK,**
Appellant,

v.

**FLORIDA DEPARTMENT OF REVENUE** o/b/o **MELINDA CANDACE MARKOS TURK,**
Appellee.

No. 4D20-2272

[July 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 50-2004-DR-015997-XXXX-SB.

Daniel J. Rose of Daniel J. Rose, P.A., Delray Beach, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***